UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS SOTO FLORES,<br><br>Petitioner,<br><br>v.<br><br>JULIO HERNANDEZ et al.,<br><br>Respondents. | CASE NO. 2:26-cv-03087-LK<br><br>ORDER FOR SUPPLEMENTAL BRIEFING |

This matter comes before the Court on Petitioner Luis Soto Flores' Petition for Writ of Habeas Corpus, Dkt. No. 1. The Court ORDERS the parties to file supplemental briefing as described below:

By September 30, 2026, Soto Flores shall file a brief addressing whether he appealed the IJ's removability ruling. If he did not appeal the removability ruling and now faces a final order of removal, he may submit up to three pages regarding whether this affects the relief requested in this case. Respondents may file a response to Soto Flores's supplemental briefing with the same page limit described above within seven days of receipt of Soto Flores's brief.

Dated this 23rd day of September, 2026.

Lauren King
United States District Judge